IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-04458-EAG13 |
|---|---|
| ALEX RAUL FIGUEROA LOPEZ | Chapter 13 |
| xx-xx-6567 | |
| Debtor(s) | FILED & ENTERED ON DEC/27/2023 |

ORDER

On December 27, 2023, the Court inadvertently entered an order Discharging Trustee and Closing Estate (docket #32). Upon that inadvertence, it is now ORDERED that the order Discharging Trustee and Closing Estate (docket #32) is hereby VACATED and set ASIDE and the case is reopened.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27 day of December, 2023.

Edward A. Godoy
United States Bankruptcy Judge